MICHAEL JEAN, Appellant, v CHRISTINA VILAR JEAN, Respondent.

Submitted May 11, 2009; decided June 30, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from, affirming an order which denied a motion to amend a prior final determination, does not finally determine the action within the meaning of the Constitution (*see* Karger, Powers of the New York Court of Appeals § 4:16, at 96 [3d ed rev]).

In the Matter of JOHN D. JUSTICE, Appellant, v MICHAEL HOGAN, as Commissioner of New York State Office of Mental Health, Respondent.

Decided June 30, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JOHN D. JUSTICE, Appellant, v TERRY KING, Executive Director of Saving Grace Ministries, Inc., Respondent.

Submitted May 18, 2009; decided June 30, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601). Motion for poor person relief dismissed as academic.